B6C (Official Form 6C) (04/13)

In re  THOMAS D GUSTAFSON and LINDA GUSTAFSON,                     Case No.  14-41297
                        Debtor                                                          (If known)

# AMENDED - SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| The South 69.88 feet of the West 190.00 feet of the West half of the South half of the North half of the Southwest quarter of the Northwest quarter of the Southwest quarter of Section 28, Township 1 North, Range 8 East of the Gila and Salt River Base and Meridian, Pinal County, Arizona; Except the West 50.00 feet. | 11 USC § 522(d)(5) | $6,993.00 | $22,741.00 |
| The West 190 feet of the West half of the South half of the North half of the Southwest quarter of the Northwest quarter of the Southwest quarter of Section 28, Township 1 North, Range 8 East of the Gila and Salt River Base and Meridian, Pinal County, Arizona; EXCEPT the West 50 feet, the North 25 feet; and EXCEPT the following described parcel: BEGINNING at the Northwest corner of the South half of the North half of the Southwest quarter of the Northwest quarter of the Southwest quarter of said Section 28; Thence East along the North line of the above described parcel, a distance of 50.00 feet: Thence South, parallel to the West line of the above described parcel, a distance of 25.00 feet; to the TRUE POINT OF BEGINNING; Thence Easterly along a line that is parallel to the North line of the above described parcel, a distance of 20.00 feet; Thence in a Southwesterly direction, a distance of 28.3 feet to a point which is 20.00 feet South of the TRUE POINT OF BEGINNING; Thence Northerly along a line that is parallel to West line of the above described parcel, a distance of 20.00 feet to the TRUE POINT OF BEGINNING; and ALSO EXCEPT the South 69.88 feet therefrom. | 11 USC § 522(d)(5) | $4,631.00 | $29,731.00 |
| CASH | 11 USC § 522(d)(5) | $5.00 | $5.00 |
| APPLIANCES, FURNITURE, RADIO, TV, DVD PLAYER, VCR, LINENS, KITCHENWEAR, COMPUTER, LAWN MOWER, SNOW BLOWER | 11 USC § 522(d)(3) | $5,000.00 | $5,000.00 |
| CLOTHING | 11 USC § 522(d)(3) | $100.00 | $100.00 |
| WEDDING RINGS | 11 USC § 522(d)(4) | $2,000.00 | $2,000.00 |
| 2004 CADILLAC SRX 70K MILES HAS RUST AND BODY DAMAGE | 11 USC § 522(d)(2) | $3,600.00 | $6,000.00 |

*  *Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6C (Official Form 6C) (04/13)

**In re THOMAS D GUSTAFSON and LINDA GUSTAFSON,**
                                             **Debtor**

**Case No. 14-41297**
**(If known)**

# AMENDED - SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| | | | |
|---|---|---|---|
| 1999 CHEVROLET TRUCK 130K MILES SALVAGE TITLE NEEDS BODY REPAIR | 11 USC § 522(d)(2) | $3,000.00 | $3,000.00 |
| 2005 JAY FEATHERLITE TRAVEL TRAILER AND 1957 LARSON BOAT | 11 USC § 522(d)(5) | $1.00 | $8,000.00 |
| CHECKING AT CENTRAL MN CREDIT UNION ACCT#288 BAL 3/26/2014 | 11 USC § 522(d)(5) | $557.65 | $557.65 |
| T&L CORPORATION D/B/A ST. JOE AUTO SALES | 11 USC § 522(d)(5) | $1.00 | $1.00 |
| SAVINGS AT CATHOLIC UNITED FINANCIAL CREDIT UNION ACCT#5104 BAL 3/26/2014 | 11 USC § 522(d)(5) | $108.99 | $108.99 |

UNSWORN CERTIFICATE OF SERVICE

    I, Dana E. Thomsen, declare under penalty of perjury that on June 18, 2014, I mailed copies of the foregoing Amended Schedule(s) C in Re Thomas And Linda Gustafson Bky. No. 14-41297 first class mail postage prepaid to each entity named below at the address stated below for each entity:

Interested Parties on Attached Service List

Executed on: 6·18·14

Signed: _____
Dana E. Thomsen
KALENDA LAW OFFICE
919 West St. Germain, Suite 2000
St. Cloud, MN 56301

| | | |
|---|---|---|
| THOMAS D GUSTAFSON<br>306 7 AVE SE<br>ST JOSEPH MN 56374 | LINDA GUSTAFSON<br>306 7 AVE SE<br>ST JOSEPH MN 56374 | ADVANCED DISPOSAL SERVICES<br>2355 12TH STR SE<br>ST CLOUD MN 56304 |
| AMERICAN EXPRESS<br>PO BOX 360001<br>FT LAUDERDALE FL 33336-0001 | AMERICAN EXPRESS<br>BOX 0001<br>LOS ANGELES CA 90096-0001 | AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO TX 79998-1537 |
| AMERICAN EXPRESS<br>PO BOX 0001<br>LOS ANGELES CA 90096-0001 | AMERIPRIDE LINEN<br>6500 SAUK VIEW DR<br>ST CLOUD MN 56301 | BARCLAYS BANK<br>PO BOX 8803<br>WILMINGTON DE 19899 |
| BUSINESS FINANCIAL<br>3111 N UNIVERSITY DR STE 800<br>CORAL SPRINGS FL 33068 | CAPITAL ONE<br>PO BOX 60599<br>CITY OF INDUSTRY CA 91716-0599 | CAPITAL ONE<br>PO BOX 60599<br>CITY OF INDUSTRY CA 91716-0599 |
| CAPITAL ONE<br>PAYMENT PROCESSING CENTER<br>PO BOX 5891<br>CAROL STREAM IL 60197-9919 | CATHOLIC CREDIT UNION<br>300 23 AVE N<br>ST CLOUD MN 56303 | CATHOLIC CREDIT UNION<br>300 23RD AVE N<br>ST CLOUD MN 56303 |
| CATHOLIC UNITED FINANCIAL<br>17469 JANSSEN DR<br>COLD SPRING MN 56320 | CCP INDUSTRIES INC<br>PO BOX 73627<br>CLEVELAND OH 44193 | CHASE<br>PO BOX 15902<br>WILMINGTON DE 19850-5902 |
| COFACE COLLECTIONS NORTH AMERICA<br>PO BOX 1389<br>KENNER LA 70063 | DEALER SERVICES CORP<br>1320 CITY CENTER DR STE 100<br>CARMEL IN 46032 | ELAN CARDMEMBER SERVICES<br>P OBOX 790408<br>ST LOUIS MO 63179-0408 |
| FABYANSKE WESTRA HART & THOMSON<br>PAUL RATELLE ATTORNEY<br>800 LASALLE AVE STE 1900<br>MINNEAPOLIS MN 55402 | FALCON NATIONAL BANK<br>183 CEDAR DR<br>FOLEY MN 56329 | FALCON NATIONAL BANK<br>1010 W ST GERMAIN STREET<br>ST CLOUD MN 56301 |
| FIRST NATIONAL BANK OF COLD SPRING<br>PO BOX 416<br>COLD SPRING MN 56320-0416 | GRANITE COMMUNITY BANK<br>PO BOX 416<br>COLD SPRING MN 56320 | GRANITE COMMUNITY BANK<br>PO BOX 416<br>COLD SPRING MN 56320 |
| HERMAN GANGL<br>316 7TH AVE SE<br>ST JOSEPH MN 56374 | INTEGRA TELECOM<br>14221 GOLF COURSE DR 100<br>BAXTER MN 56425 | JUNIPER CREDIT CARD<br>CARD SERVICES<br>PO BOX 13337<br>PHILADELPHIA PA 19101-3337 |

```
KEN FINKEN                        KIA INSURANCE AGENCIES           LINDA NELSON
424 E ST GERMAIN                  KRAKER INSURANCE AGENCY          15051 TYLER ST NE
ST CLOUD MN 56304                 502A EAST MAIN STR               HAM LAKE MN 55304
                                  PO BOX 204
                                  MELROSE MN 56352


MERRICK BANK                      NATIONWIDE CREDIT INC            NATIONWIDE RECOVERY INC
PO BOX 721660                     PO BOX 26314                     2002 SUMMIT BLVD STE 600
OKLAHOMA CITY OK 73172            LE HIGH VALLEY PA 18002          ATLANTA GA 30319




O'REILLY AUTO PARTS               SMALL BUSINESS                   SPRINT
233 S PATTERSON AVE               ADMINISTRATION                   SPRINT CUSTOMER SERVICE
SPRINGFIELD MO 65802-2298         801 TOM MARTIN DRIVE             PO BOX 8077
                                  STE 120                          LONDON KY 40742
                                  BIRMINGHAM AL 35211


STANGL & JASKOWIAK                TDS TELECOM                      TIM LANCON
PO BOX 660                        525 JUNCTION RD STE 6000         2720 10 S NE
SAUK RAPIDS MN 56379              MADISON WI 53717-2105            SAUK RAPIDS MN 56379



VEOLIA SERVICES                   WEST BEND INSURANCE
2355 12TH ST SE                   1900 S 18TH AVE
ST CLOUD MN 56304                 WEST BEND WI 53095
```

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:
**THOMAS D GUSTAFSON and LINDA GUSTAFSON**

Debtor(s).

**SIGNATURE DECLARATION**

Case No. **14-41297**

___ PETITION, SCHEDULES & STATEMENTS
___ CHAPTER 13 PLAN
___ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
**X** AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
___ MODIFIED CHAPTER 13 PLAN
___ OTHER (Please describe:_____)

I [We], the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 6/19/14

X_____
Signature of Debtor or Authorized Representative

**THOMAS D GUSTAFSON**
Printed Name of Debtor or Authorized Representative

X_____
Signature of Joint Debtor

**LINDA GUSTAFSON**
Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)