UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Thomas D. Gustafson and Linda Gustafson,

        Debtors.                                              BKY 14-41297

----------------------------------

Erik A. Ahlgren, Trustee,                                    ADV 14-4184

        Plaintiff,

v.                                                           **JUDGMENT**

Catholic Credit Union; and Thomas D.
Gustafson and Linda Gustafson,

        Defendants.

This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Robert J. Kressel, United States Bankruptcy Judge, presiding.

It is therefore Ordered and Adjudged:

1. The security interest of Defendant Catholic United Financial Credit Union in the 2005 Jay Featherlite travel trailer, VIN #1UJUBJ01H051J50640, is avoided under 11 U.S.C. §544.

2. The complaint is dismissed as against Thomas D. Gustafson and Linda Gustafson for failure to state a claim on which relief can be granted.

3. The complaint is otherwise dismissed.

Dated:    October 21, 2014           Lori A. Vosejpka
At:       Minneapolis, Minnesota      Clerk of Bankruptcy Court


                                                    /e/ Lynn M. Hennen
                                  By:
                                                    Lynn M. Hennen
                                                    Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *10/21/2014*
Lori Vosejpka, Clerk, by LH