# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

---

In re:

Thomas D. Gustafson,                                                    Bky. Case No. 14-41297
Linda Gustafson,                                                        Chapter 7

        Debtors.

---

## NOTICE OF SETTLEMENT OR COMPROMISE

---

To: The United States Trustee, all creditors and other parties in interest.

On, **January 10, 2015** or as soon thereafter as the transaction may be completed, the undersigned Trustee of the estate of the Debtor named above will settle a controversy as follows:

The debtor has scheduled a 2005 Jay Featherlite travel trailer on his bankruptcy petition. The trustee sought and the court ordered that the security interest of Catholic United Federal Credit Union was avoided under 11 U.S.C §544. The debtor also has a 1958 Larson boat with a 70 hp motor and trailer which is non exempt. The trustee sought turnover of the boat and trailer (Doc. No. 20). The trustee and the debtor have reached an agreement whereby the debtor will pay the trustee $5,000 for the 2005 Jay Featherlite travel trailer VIN #1UJUBJ01H051 and 1958 Larson boat, motor and trailer. The debtor waives any claim of exemption in the travel trailer and boat. The trustee believes the settlement is in the best interest of the estate.

The Debtor will pay the trustee $5,000 by January 31, 2015. Upon receipt of payment in full the Debtor will own all interest in the 1958 Larson boat, motor and trailer and 2005 Jay Featherlite trailer. If payment is not made as agreed to or if this agreement is not approved by the bankruptcy court, the Trustee shall be entitled to reassert any and all claims.

**OBJECTION: MOTION: HEARING**. Under applicable rules, any objection must be in writing, be delivered to the trustee and the United States Trustee and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If any objection is made or an order is required, the trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the U. S. Trustee.

| | | |
|---|---|---|
| Clerk of Court | United States Trustee | Trustee |
| United States Bankruptcy Court | 1015 U S Courthouse | (See address below) |
| 301 U.S. Courthouse | 300 So. 4th St. | |
| 300 So. 4th St. | Minneapolis, MN 55415 | |
| Minneapolis, MN 55415 | | |

Dated: December 17, 2014                              /e/ Erik A. Ahlgren
                                                                                          Erik A. Ahlgren, Trustee
                                                                              220 W Washington Ave, Ste 105
                                                                              Fergus Falls, MN  56537
                                                                              218-998-2775
                                                                              trustee@prtel.com